ORIG L

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
MAR - 6 2006
U.S. COURT OF FEDERAL CLAIMS

DAVID SUNSHINE

Plaintiff,

v.

No. 06-169 T

UNITED STATES OF AMERICA

Defendant.

**NOTICE OF DIRECTLY-RELATED CASE**

1. Pursuant to RCFC 40.2, notice is hereby provided that this action is directly related to the following case:

Case Name: David Sunshine and Kelly T. Hickel v. The United States
Case Number: 05-773 T
Chief Judge Damich

2. This action is directly-related to the case identified in paragraph 1 because it involves the same parties and is also based on the Plaintiff's refund claim for penalties assessed against the Plaintiff under Section 6672 of the Internal Revenue Code.

3. Assignment of this action to Chief Judge Damich and consolidation of this action with the case identified in paragraph 1 are likely to conserve judicial resources and promote an efficient determination of the actions.

**DATED:** March 3, 2006

Respectfully submitted,

Theodore Z. Gelt

GELT & GRASSGREEN P.C.
303 East 17th Avenue, Suite 910
Denver, Colorado 80203
Telephone: (303) 830-1200
Facsimile: (303) 830-9400

ATTORNEY FOR PLAINTIFF