IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAVID SUNSHINE, Plaintiff | ) | |
| v. | ) | No. 06-169 T (Chief Judge Damich) |
| THE UNITED STATES, Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer P. Wilson attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer P. Wilson, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: March 13, 2006

s/Jennifer P. Wilson
JENNIFER P. WILSON
Justice Department (Tax)
Court of Federal Claims Section
202-307-6495
FACSIMILE 202-514-9440
jennifer.p.wilson@usdoj.gov